**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Glenn Blair  **V.**  Angela McClinton

Appellate case number:   01-11-00701-CV

Trial court case number: 11DCV187301

Trial court:              of Fort Bend County

Date motion filed:       September 16, 2013, amended October 1, 2013

Party filing motion:     appellant, Glenn Blair

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
                        ☐ Acting individually   ☒ Acting for the Court

Panel consists of: Justices Keyes, Sharp, and Huddle

Date: November 21, 2013